IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUIS RIVERA-TORRES, et al., | ) | |
| | ) | |
| Petitioners, | ) | 8:06CV755 |
| | ) | |
| v. | ) | |
| | ) | |
| JULIE L. MYERS, Assistant Secretary for Homeland Security, | ) ) ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court after review of the petition (Filing No. 1) filed on December 14, 2006. No service of process has been made. Accordingly,

IT IS ORDERED that petitioner shall show cause, in writing, on or before May 4, 2007, why this action should not be dismissed for lack of prosecution.

DATED this 23rd day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court