IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUIS RIVERA-TORRES, et al., | ) | |
| | ) | |
| Petitioners, | ) | 8:06CV755 |
| | ) | |
| v. | ) | |
| | ) | |
| JULIE L. MYERS, Assistant Secretary for Homeland Security, | ) ) ) | ORDER |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the Court after an order was entered granting petitioners until May 4, 2007, to show cause why this action should not be dismissed. No showing was made. Accordingly,

IT IS ORDERED that this action is dismissed.

DATED this 8th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court